United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEB APPS AGENCY, LLC, *et al.*, § § § § § § § § § | |
| Plaintiffs. | |
| V. | CIVIL ACTION NO. 4:23-cv-01524 |
| HNTB CORPORATION, *et al.*, | |
| Defendants. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 25, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 52. Judge Edison filed an Amended Memorandum and Recommendation on September 2, 2025, recommending that the court deny Plaintiffs' motion for partial summary judgment (Dkt. 46); grant Just Touch Defendants' motion for partial summary judgment (Dkt. 55); apply sua sponte its rulings on Just Touch Defendants' motion for partial summary judgment to Defendant HNTB; deny HNTB's motion to exclude (Dkt. 96) in part but grant the motion as to the exclusion of Bridget Mickins as a witness; grant HNTB's motion to strike Plaintiffs' jury demand (Dkt. 97); and set this case for a bench trial on Plaintiffs' claims for equitable relief against Defendants. Dkt. 110.

On September 16, 2025, Defendants filed their Objections. Dkts. 111, 112. Plaintiffs filed their Objections on September 17, 2025. Dkt. 113. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions

of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 110) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiffs' motion for partial summary judgment (Dkt. 46) is denied;

(3) Just Touch Defendants' motion for partial summary judgment (Dkt. 55) is granted;

(4) The court will sua sponte apply its rulings on Just Touch Defendants' motion for partial summary judgment to Defendant HNTB;

(5) HNTB's motion to exclude (Dkt. 96) is granted as to the exclusion of Bridget Mickins as a witness, but denied in all other respects;

(6) HNTB's motion to strike Plaintiffs' jury demand (Dkt. 97) is granted; and

(7) This case will be set for a bench trial on Plaintiffs' claims for prospective injunctive relief against Defendants.

It is so **ORDERED**.

SIGNED at Houston, Texas on September 24, 2025.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE