United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEB APPS AGENCY, LLC, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01524 |
| | § | |
| HNTB CORPORATION, *et al.*, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

In a Status Conference held on February 20, 2026, the Court granted the Motion for Judgment on the Pleadings (Dkt. 152) filed by Defendants. In accordance with that ruling, Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own fees and costs. Any other pending motions are **DENIED AS MOOT.**

    **THIS IS A FINAL JUDGMENT.**

    Signed at Houston, Texas on February 20, 2026.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE

1 / 1